UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : |
| | : |
| ALFREDO LAZO PARADA | : |
| | : |
| | : |
| | : |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Randall Martinez, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE) at Fairfax, Virginia. I have been employed with ICE for more than seven years. I was previously employed as a Border Patrol Agent for U.S. Customs and Border Protection (CBP) since December 2008. I have received specialized training and have conducted numerous investigations related to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to charge ALFREDO LAZO PARADA (hereinafter "LAZO PARADA") with being found in the United States after being removed from the United States, in violation of Title 8, United States Code, Section 1326(a). This affidavit is also submitted in support of an arrest warrant.

4. This affidavit is also submitted in support of an arrest warrant.

## PROABLE CAUSE

5. On or about December 28, 2018, the Pacific Enforcement Removal Center (PERC) in Laguna Niguel, California, received information from the Metropolitan Police Department (MPD) located in Washington, DC, that LAZO PARADA, a native and citizen of El Salvador, had been arrested for Production or Distribution of Morphed Child Pornography, in violation of US Code § 18 USC 2252Aa7. An ICE detainer (Form I-247) and Warrant of Removal (Form I-205), were faxed to the U.S. Marshal Service.

6. On January 08, 2019, your affiant conducted a review of documents from LAZO PARADA's immigration file, maintained by U.S. Citizenship and Immigration Services. The file, also known as an alien file, contained an executed Immigration Service Form I-296, Notice to Alien Ordered Removed/Departure Verification (I-296 Form), bearing the photograph, fingerprint, and signature of LAZO PARADA. The form revealed that LAZO PARADA was ordered removed and physically deported from the United States on March 11, 2010 via Harlingen, Texas.

7. On January 9, 2019, the following three exhibits of LAZO PARADA's fingerprints were submitted to the FBI Special Processing Center for comparison:

Exhibit A:  Fingerprint card from LAZO PARADA's alien file, taken on February 16, 2010.

Exhibit B:   Fingerprint card from LAZO PARADA's District of Columbia Metropolitan Police Department arrest taken on December 27, 2018.

Exhibit C:   Fingerprint taken on Form I-296, showing LAZO PARADA's removal on March 11, 2010.

8.   On January 09, 2019, the FBI Special Processing Center responded by stating that exhibits A, B and C were an identical match to LAZO PARADA's FBI Universal Control number. LAZO PARADA's alien file indicates that he does not have any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally. It further indicates that he has neither sought nor obtained permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States following his formal removal.

9.   Based on the foregoing, I submit that there is probable cause to believe that on or about December 28 2018, within the District of Columbia, LAZO PARADA was found in the United States after having been removed therefrom on or about March 11, 2010, without having obtained the express consent of the Attorney General or the Secretary of the Homeland Security, to reapply for admission to the United States.

_____
Randall Martinez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to and subscribed before me on the _____ day of January 2019, in the District of Columbia.

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE